Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

_____ October 31 _____ 20 24

Ravi Subramanian, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID JAMES MICHAEL JENSEN, <br><br> Defendant. | NO. **CR 24 - 204 TL** <br><br> **INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about September 7, 2021, in Snohomish County, within the Western District of Washington, DAVID JAMES MICHAEL JENSEN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

*Possession of Controlled Substances with Intent to Deliver* and *Unlawful Possession of a Firearm in the Second Degree*, in Snohomish County Superior Court, under case number 07-1-00404-6, on or about April 17, 2007;

Indictment - 1
*United States v. Jensen*
USAO No. 2024R01081

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Smith & Wesson 9mm pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

### (Unlawful Possession of Firearms)

On or about April 7, 2022, in Snohomish County, within the Western District of Washington, DAVID JAMES MICHAEL JENSEN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

*Possession of Controlled Substances with Intent to Deliver* and *Unlawful Possession of a Firearm in the Second Degree*, in Snohomish County Superior Court, under case number 07-1-00404-6, on or about April 17, 2007;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Spikes Tactical rifle and a Glock 19 pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

### (Possession of Controlled Substances with Intent to Distribute)

On or about April 7, 2022, in Snohomish County, within the Western District of Washington, DAVID JAMES MICHAEL JENSEN did knowingly and intentionally possess, with the intent to distribute, a controlled substance, including methamphetamine and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers.

Indictment - 2
*United States v. Jensen*
USAO No. 2024R01081

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Grand Jury further alleges that the offense involved 400 grams or more of a mixture and substance containing a detectable amount of fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and 841(b)(1)(B).

## COUNT 4

**(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)**

On or about April 7, 2022, in Snohomish County, within the Western District of Washington, DAVID JAMES MICHAEL JENSEN knowingly carried a firearm, that is, a Glock 19 pistol, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, *Possession of Controlled Substances with Intent to Distribute*, as alleged in Count 3 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 5

**(Unlawful Possession of a Firearm)**

On or about May 11, 2022, in Snohomish County, within the Western District of Washington, DAVID JAMES MICHAEL JENSEN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

> *Possession of Controlled Substances with Intent to Deliver* and *Unlawful Possession of a Firearm in the Second Degree*, in Snohomish County Superior Court, under case number 07-1-00404-6, on or about April 17, 2007;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Hi-Point 9mm pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

//

//

//

Indictment - 3
*United States v. Jensen*
USAO No. 2024R01081

## COUNT 6

### (Unlawful Possession of Firearms)

On or about July 31, 2024, in Snohomish County, within the Western District of Washington, DAVID JAMES MICHAEL JENSEN, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

> *Possession of Controlled Substances with Intent to Deliver* and *Unlawful Possession of a Firearm in the Second Degree*, in Snohomish County Superior Court, under case number 07-1-00404-6, on or about April 17, 2007;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is:

      i.      a HS Product - Springfield Armory 9mm pistol,

      ii.     a Jimenez Arms .22LR pistol,

      iii.    a SKS 7.62x39mm rifle, and

      iv.    a Ruger model .22LR rifle,

that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 7

### (Possession of Fentanyl with Intent to Distribute)

On or about July 31, 2024, in Snohomish County, within the Western District of Washington, DAVID JAMES MICHAEL JENSEN did knowingly and intentionally possess, with the intent to distribute, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a substance controlled under Title 21, United States Code.

The Grand Jury further alleges that the offense involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Indictment - 4
*United States v. Jensen*
USAO No. 2024R01081

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**FORFEITURE ALLEGATION**

The allegations contained in Counts 1–7 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of an offense alleged in Count 1, 2, 4, 5 and 6, DAVID JAMES MICHAEL JENSEN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms or ammunition involved in or used in the defendant's commission of the offense. Such property includes, but is not limited to:

      a.     a Smith & Wesson M&P Shield 9mm pistol;

      b.     a Spikes Tactical Model ST15 7.62 (AR-Style) rifle;

      c.     a Glock 19 Gen 4 9mm pistol;

      d.     a Hi-Point Model C9 9mm pistol;

      e.     an HS Produkt – Springfield Armory XDS-9, 9mm pistol;

      f.     a Jimenez Arms J.A. 22 .22LR pistol;

      g.     an SKS 7.62x39mm rifle;

      h.     a Ruger model 10/22 carbine (Archangel 5.56 configuration) .22LR rifle;

      i.     any associated ammunition.

Upon conviction of an offense alleged in Counts 3 and 7, DAVID JAMES MICHAEL JENSEN shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property that constitutes or is traceable to proceeds of the offense, as well as any property that facilitated the offense. Such property includes, but is not limited to:

      a.     a Spikes Tactical Model ST15 7.62 (AR-Style) rifle;

      b.     a Glock 19 Gen 4 9mm pistol;

      c.     an HS Produkt – Springfield Armory XDS-9, 9mm pistol;

Indictment - 5
*United States v. Jensen*
USAO No. 2024R01081

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

d.    a Jimenez Arms J.A. 22 .22LR pistol;

e.    an SKS 7.62x39mm rifle;

f.    a Ruger model 10/22 carbine (Archangel 5.56 configuration) .22LR rifle;

g.    an AR-style 9mm pistol, bearing no serial number;

h.    an AR-style 5.56 pistol, bearing no serial number; and

i.    any associated magazines, accessories, and ammunition.

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the Court;

d.    has been substantially diminished in value; or,

e.    has been commingled with other property which cannot be divided without difficulty,

//

//

//

Indictment - 6
*United States v. Jensen*
USAO No. 2024R01081

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 10/31/2024

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
TESSA M. GORMAN
United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

_____
STEPHEN HOBBS
Assistant United States Attorney

Indictment - 7
*United States v. Jensen*
USAO No. 2024R01081

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970